**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| LYNN KRAUSS,                    | : | CIVIL CASE NO.:      |
| PLAINTIFF                       | : | 3:17-cv-01793 (JCH)  |
|                                 | : |                      |
| v.                              | : |                      |
|                                 | : |                      |
| THE HARTFORD FINANCIAL          | : |                      |
| SERVICES GROUP, INC.            | : | DECEMBER 7, 2017     |
| DEFENDANT                       | : |                      |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to rule 41 (a)(1)(A)(ii), the parties hereby stipulate to a judgment of dismissal of this action without prejudice.

| Plaintiff, | Defendant, |
| Lynn Krauss | The Hartford Financial Services Group, Inc. |
| | |
| /s/ Richard E. Hayber | /s/ Peter J. Murphy |
| Richard E. Hayber (CT11629) | Peter J. Murphy (CT26825) |
| The Hayber Law Firm, LLC | Shipman & Goodwin, LLP |
| 221 Main Street, Suite 502 | One Constitution Plaza |
| Hartford, CT 06106 | Hartford CT 06103-1919 |
| (860) 522-8888 telephone | (860) 522-0404 telephone |
| (860) 218-9555 facsimile | (860) 251-5316 facsimile |
| rhayber@hayberlawfirm.com | pjmurphy@goodwin.com |
| Her Attorney | Their Attorney |

**CERTIFICATION OF SERVICE**

      I hereby certify that on **DECEMBER 7, 2017**, a copy of the **STIPULATION OF DISMISSAL** dated **DECEMBER 7, 2017,** was filed electronically [and service made by mail to anyone unable to accept electronic filing].  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system [or by mail for anyone unable to accept electronic filing].  Parties may access this filing through the Court's system.

                                                 */s/ Richard E. Hayber*
                                                 Richard E. Hayber